Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 1 9 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR AMEZCUA-GARCIA,<br><br>Defendant. | 4:25-CR-6006-MKD<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm and Ammunition<br><br>18 U.S.C. § 924(d)(l), 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about January 24, 2025, in the Eastern District of Washington, the Defendant, VICTOR AMEZCUA-GARCIA, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm and ammunition, to wit: a Smith & Wesson Model M&P Shield 9mm caliber pistol bearing serial number HKV6580 and at least one round of "Speer" ammunition, which firearm and

INDICTMENT – 1

ammunition had both theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of a Firearm and Ammunition, as set forth in this Indictment, Defendant, VICTOR AMEZCUA-GARCIA, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Smith & Wesson Model M&P Shield 9mm caliber pistol bearing serial number HKV6580, and loaded ammunition

DATED: this 19 day of February, 2025.

A TRUE BILL

*Rich Barker*
Richard R. Barker
Acting United States Attorney

*Caitlin Baunsgard*
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT – 2