Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>VICTOR AMEZCUA-GARCIA,<br><br>                    Defendant. | 4:25-CR-06006-MKD<br><br>MOTION FOR PROTECTIVE ORDER |

Plaintiff, United States of America, by and through Richard R. Barker, Acting United States Attorney for the Eastern District of Washington, and Caitlin Baunsgard, Assistant United States Attorney for the Eastern District of Washington, respectfully submits the following Motion for Protective Order.

On February 19, 2025, the Grand Jury returned an indictment charging Defendant with a firearm offense. *See generally* ECF. 1.  The Defendant was arraigned on this indictment on February 25, 2025.

The United States continues to investigate this case and believes additional charges will likely be forthcoming stemming from a series of robberies committed by the Defendant in Pasco, Washington.  While not currently charged as the investigation is ongoing, the United States intends to provide discovery on those offenses to the Defendant at this time.  Those investigative files contain sealed state search warrants,

MOTION FOR PROTECTIVE ORDER - 1

interviews with minors, and interviews with victims, as well as victim medical records.

As officers of the court, defense counsel appointed to represent the Defendant is aware of the potential ramifications of disclosing sealed or otherwise sensitive information to third parties. While it is presumed defense counsel will advise their client as to the law governing sealed documents, it cannot be presumed that the individual defendant will maintain the same level of diligence that an officer of the court would with protecting the disclosure of such sealed or sensitive information.

The United States respectfully submits that the Court issue a Protective Order relative to the dissemination of all discovery, which has been approved in other similar cases:

1. The United States will provide discovery materials on an on-going basis to defense counsel;

2. Defense counsel may possess, but not copy (excluding the production of necessary working copies), all discovery materials;

3. Defense counsel may show to, and discuss with the Defendant, all discovery materials except portions of the materials that contain personal identifying information of witness, victims, identified minors, or any sensitive victim medical information;

4. Defense counsel shall not provide original or copies of any discovery materials to the Defendant. This is meant to include verbatim, or close to verbatim, recitations of discovery produced to defense counsel; and

5. The United States, defense counsel, and witnesses may reference the existence and content of sealed / protective discovery material in open and closed Court proceedings relevant to this case (and those tangential-yet-related cases, listed above); provided however, any written reference to the content of the protected discovery shall be filed under seal.

MOTION FOR PROTECTIVE ORDER - 2

The United States acknowledges that during the proceedings the need may arise for the Defendant to seek some form of relief from the Protective Order. The United States submits that can be addressed as needed in the future.

The undersigned as consulted with appointed defense counsel and she has no objection to this request.

Respectfully submitted, March 3, 2024.

Richard R. Barker
Acting United States Attorney

s/ *Caitlin Baunsgard*
Caitlin Baunsgard
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

s/ Caitlin Baunsgard
Caitlin Baunsgard
Assistant United States Attorney

MOTION FOR PROTECTIVE ORDER - 3