FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>            v.<br><br>VICTOR AMEZCUA-GARCIA,<br><br>                              Defendant. | No. 4:25-CR-06006-MKD<br><br>**PROTECTIVE ORDER**<br><br>**ECF No. 15** |

Before the Court is the United States' Motion for Protective Order, ECF No. 15. The United States requests the entry of a protective order as it anticipates that the discovery in this matter will include materials from an ongoing investigation. Counsel for Defendant does not object to the United States' motion. *See* ECF No. 15 at 3. The Court finds good cause pursuant to Fed. R. Crim. P. 16(d)(1) to enter the requested protective order.

Accordingly, **IT IS HEREBY ORDERED:**

1.      The United States' Motion for Protective Order, **ECF No. 15**, is **GRANTED**.

ORDER – 1

2.      The United States will provide discovery materials on an ongoing basis to defense counsel;

3.      Defense counsel may possess, but not copy (excluding the production of necessary working copies), all discovery materials;

4.      Defense counsel may show to, and discuss with the Defendant, all discovery materials except portions of the materials that contain personal identifying information of witnesses, victims, identified minors, or any sensitive victim medical information;

5.      Defense counsel shall not provide originals or copies of any discovery materials, or verbatim or near-verbatim recitations of discovery materials, to the Defendant.

6.      The United States, defense counsel, and witnesses may reference the existence and content of sealed/protected discovery material in open and closed Court proceedings relevant to this case (and those tangential-yet-related cases referenced in ECF No. 15); provided, however, that any written reference to the content of the protected discovery shall be filed under seal.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

ORDER – 2

**DATED** March 3, 2025.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER – 3